**FORM B1**

# United States Bankruptcy Court
## Western District of Washington

| **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle): <br> **Dilks, William R** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years <br> (include married, maiden, and trade names): <br> **AKA W RUSS DILKS** | All Other Names used by the Joint Debtor in the last 6 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): **xxx-xx-2892** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): <br> **11006 SE 204th ST** <br> **Kent, WA 98031** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **King** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)   ☐ Railroad <br> ☐ Corporation   ☐ Stockbroker <br> ☐ Partnership   ☐ Commodity Broker <br> ☐ Other_____   ☐ Clearing Bank | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 <br> ☐ Chapter 9   ☐ Chapter 12 <br> ☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business   ☐ Business | ☐ Full Filing Fee attached <br> ■ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. <br> **\*\*\* Raymond G. Sandoval 33792 \*\*\*** |
| **Chapter 11 Small Business** (Check all boxes that apply) <br> ☐ Debtor is a small business as defined in 11 U.S.C. § 101 <br> ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Dilks, William R**

---

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

---

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ William R Dilks**
Signature of Debtor **William R Dilks**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**October 13, 2005**
Date

### Signature of Attorney

X  **/s/ Raymond G. Sandoval**
Signature of Attorney for Debtor(s)

**Raymond G. Sandoval 33792**
Printed Name of Attorney for Debtor(s)

**RGS Legal**
Firm Name

**A Financial Legal Services Corporation**
**801 Pine Street, Suite 100**
**Seattle, WA 98101-1811**
Address                                 **Email: RGSandoval@rgslegsl.us**

**206.343.4465  Fax: 206.343.4467**
Telephone Number

**October 13, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ Raymond G. Sandoval          October 13, 2005**
Signature of Attorney for Debtor(s)          Date
**Raymond G. Sandoval 33792**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

WILLIAM R DILKS
11006 SE 204TH ST
KENT, WA 98031


AAROW FINANCIAL SERVICES
5996 W TOUHY AVE
NILES, IL 60714


BAY AREA CREDIT SERVIC
50 AIRPORT PKWY STE 100
SAN JOSE, CA 95110


CAPITAL 1 BK
11013 W BROAD ST
GLEN ALLEN, VA 23060


CHEVRON CREDIT BANK NA
PO BOX 5010
CONCORD, CA 94524


CU NORTHWEST
2 NICKERSON ST SUITE 102
SEATTLE, WA 98109


CU NW
5700 4 AV S
SEATTLE, WA 98108


DEPT. OF LABOR & INDUSTRIES
P.O. BOX 44835
OLYMPIA, WA 98504-4835


FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104


I C SYSTEM
PO BOX 64378
SAINT PAUL, MN 55164


IRS SPECIAL PROCEDURES
915 SECOND AVENUE
M/S W244
SEATTLE, WA 98174

JC PENNEY
P.O. BOX 981400
EL PASO, TX 79998


KING CO PERSONAL TAXES
KING CO OFFICE OF FINANCE
500 4TH AVE #600
SEATTLE, WA 98104


MACYS/FDSB
9111 DUKE BLVD
MASON, OH 45040


MERCHANTS CREDIT GUIDE
223 W JACKSON BLVD
CHICAGO, IL 60606


MERCHANTS ME
PO BOX 7416
BELLEVUE, WA 98008


NISSAN FINANCING
PO BOX 660360
DALLAS, TX 75266


NISSAN MOTOR
POB 660366
DALLAS, TX 75266


ONYX ACCEPTANCE CORPORATION
27051 TOWNE CENTRE DR
FOOTHILL RANCH, CA 92610


PROVIDIAN
POB 9023
PLEASANTON, CA 94566


PROVIDIAN FINANCIAL
PO BOX 9180
PLEASANTON, CA 94566


STATE OF WA
P.O. BOX 34052
SEATTLE, WA 98124

WA DEPT OF EMPLOYMENT SECURITY
ATTN: UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046


WA DEPT OF REVENUE
ATTN: BANKRUPTCY
2101 4TH AVE #1400
SEATTLE, WA 98121-2317


WASHINGTON MUTUAL BANK
PO BOX 1144
NORTHRIDGE, CA 91328